1  Eric J. Farber, SBN 169472
   Brenda L. Teig, SBN 212328
2  Farber & Company Attorneys, LLP
3  847 Sansome Street, Ste. LL
   San Francisco, California 94111
4  Telephone 415.434.5320
5  Facsimile 415.434.5380

6  Attorneys for Plaintiff
   Amaru Entertainment, Inc
7

**ORIGINAL**

**FILED** Jul 1 2004
CLERK U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**RECEIVED BUT NOT FILED**
JUL - 1 2004
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY _____ DEPUTY

United States District Court

Central District of California

Southern Division

**BY FAX**

12  Amaru Entertainment, Inc , a Delaware   Case No.: SACV 04-0701 CJC(RZx)
13  Corporation,
                                            (PROPOSED) ORDER GRANTING
14         Plaintiff,                       PRELIMINARY INJUNCTION
                                            AGAINST DEFENDANTS
15     vs                                   WRESTLING MAYHEM AND NICK
16  CCNow, Inc a Delaware Corporation,      TOPOUZIS
    Digital River, Inc , a Delaware
17  Corporation, Wrestling Mayhem, a
18  Canadian Business Entity, Form
    Unknown doing business as
19  Troublesomecds com, Nick Topouzis, an
20  individual and as the alter ego of
    Wrestling Mayhem and
21  Troublesomecds com, and Does 1 to 100

22         Defendants

**LODGED** JUL -1 2004
CLERK U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**ENTERED** JUL - 2 2004
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

**DOCKETED ON CM** JUL - 2 2004
BY _____ 037

23

24 THIS CONSTITUTES NOTICE OF ENTRY
   AS REQUIRED BY FRCP, RULE 77(d).

Filed By One Legal

Farber & Co , Attorneys – Proposed Order - 1
Amaru Entertainment Inc v CCNow Inc
United States District Court, Central District of California

Upon reviewing Plaintiff Amaru Entertainment, Inc.'s motion for preliminary injunction, it appears to the satisfaction of the Court that this is a proper case for the granting of a preliminary injunction. Plaintiff has provided evidence to show the likelihood of success on its claims that Defendants Wrestling Mayhem and Nick Topouzis have infringed Plaintiff's trademarks "2PAC" and "Makaveli" in connection with the promotion and sale of compact discs, digital video discs and VHS cassette tapes, Plaintiff's federal registered copyrights in connection with the manufacture and distribution of compact discs, digital video discs and VHS cassette tapes, and Plaintiff's rights in and to the name, likeness and voice of Tupac Shakur. It further appears that, unless a preliminary injunction is granted, such alleged trademark, copyright and publicity right infringement will lead to irreparable injury to Plaintiff.

## ORDER FOR PRELIMINARY INJUNCTION

IT IS ORDERED that Defendants Wrestling Mayhem, a Canadian Business Entity, form unknown, doing business as Troublesomecds.com and Nick Topouzis, as an individual and the alter ego of Wrestling Mayhem and Troublesomecds.com, will be RESTRAINED and ENJOINED during the pendency of this action from doing, directly or indirectly, by any means, method or device whatsoever, any of the following illegal acts:

1. Manufacturing, creating, producing, advertising, selling or offering for sale any LP's, compact discs, tapes or any other form of medium that uses the trademarks "2PAC" or "Makaveli";

2. Manufacturing, creating, producing, advertising, selling or offering for sale any LP's, compact discs, tapes or any other form of

Farber & Co., Attorneys – Proposed Order - 2
*Amaru Entertainment Inc. v CCNow Inc.*
United States District Court, Central District of California

medium that uses the sound recordings of Tupac Shakur owned by Plaintiff, and,

3.   Using the name, voice or likeness of Tupac Shakur for any commercial purpose

Plaintiff shall post an undertaking in the form of a bond or cash deposit in the amount of $1,000 00 by no later than close of business on July 2, 2004

IT IS SO ORDERED

Dated 7/1/04

_____
The Honorable Cormac J Carney
Judge of the United States District Court

Farber & Co, Attorneys – Proposed Order - 3
*Amaru Entertainment Inc v CCNow Inc*
United States District Court, Central District of California